Edmond K. MACHIE, Plaintiff–Appellant,

v.

Nancy DEMME, Commander; PAK, Officer; K.C. HAAK, Officer; Montgomery County, Maryland, Defendants–Appellees,

and

J. Thomas Manger, Chief, Montgomery County Police, Defendant.

No. 13–2539.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: March 31, 2014.

Edmond Machie, Appellant Pro Se. Edward Barry Lattner, County Attorney's Office, Rockville, Maryland; Silvia Carolina Kinch, Office of the County Attorney, Rockville, Maryland, for Appellees.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmond Machie appeals the district court's orders dismissing his civil rights complaint in part, granting summary judgment in favor of some defendants, denying his motion to alter or amend the grant of

summary judgment, and entering judgment in favor of the remaining defendant following a jury trial. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Machie's informal brief does not fairly challenge the basis for the district court's dispositions or the jury's verdict, Machie has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We deny Machie's motions for counsel and for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*